UNITED STATES DISTRICT COURT
FOR THE Northern District of Ohio
Carl B. Stokes United States Court House

Melinda Paige

                      Plaintiff,

v.                                                     Case No.: 1:21−cv−00143−JPC
                                                      Judge J. Philip Calabrese

Commissioner of Social Security

                      Defendant.

**DIFFERENTIATED CASE MANAGEMENT INITIAL ORDER
FOR ADMINISTRATIVE TRACK CASES**

   1. This action is subject to the provisions of LR 16.1 of the Local Rules of the Northern District of Ohio entitled Differentiated Case Management (DCM), adopted effective January 1, 1992. This court expects all counsel to familiarize themselves with these rules (and the Federal Rules of Civil Procedure).

   2. This case is designated as an Administrative Track case pursuant to LR 16.2(b), and as such, pursuant to LR 72.2(b) and LR 16.2(a), may be subject to direct referral by the Clerk's Office to a Magistrate Judge for the preparation of a Report and Recommendation.

   3. This case is exempt from the requirement of a Case Management Conference, as defined in LR 16.1(b) and as called for by LR 16.3(b). Such conferences as are deemed necessary may be scheduled, however, at the discretion of the Judicial Officer.

   4. **<u>Habeas Corpus Actions</u>.** In actions brought under 28 U.S.C. Â§2254, the Clerk of Court shall issue a copy of this Order to the respondent at the time that an initial show cause order/order to answer is issued to respondent.

      **<u>Bankruptcy Appeals</u>.** In actions involving an appeal of a bankruptcy matter, the Clerk of Court shall issue a copy of this Order to the parties along with the Notice on Appeal from Bankruptcy Judge's Decision. Bankruptcy appeals <u>shall not</u> be the subject of direct assignment to a Magistrate Judge.

**All Other Administrative Actions.** In all other actions assigned to the Administrative Track, plaintiff is directed to serve a copy of this Order upon defendant at such time as a copy of the complaint is served, and shall certify such service along with the return of summons. Service of this Order upon the United States, its officers or its agencies, shall be made in the manner described in Fed. R. Civ. P. 4(d)(4) and (5). In the case of a plaintiff proceeding in forma pauperis, the officers of the court shall issue a copy of this order to defendant at the time that the complaint is served.

5. Orders regulating the further progress of this action, particularly briefing schedules, may be issued as the Judicial Officer deems proper.

**IT IS SO ORDERED.**

                                                        **FOR THE COURT**

                                                    /s Patricia A. Gaughan
                                                    Patricia A. Gaughan
                                                          Chief Judge
                                             United States District Court